# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JAMES WHITE, )<br>Individually and on behalf of all )<br>Others similarly situated, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>VALIANT ACQUISITION CORP. )<br>d/b/a GUARDIAN AUTO SHIELD, )<br>   )<br>   Defendant. ) | Case No. 3:22-cv-00135 |

## NOTICE OF SETTLEMENT

Defendant, Valiant Acquisition Corp. d/b/a Guardian Auto Shield ("Valiant"), hereby files this Notice of Settlement, advising the Court that the parties to this case have reached an agreement in principle to fully resolve this matter. Pursuant to Federal Rule of Civil Procedure 41(a), the parties will file an appropriate notice of dismissal once the settlement is finalized, and therefore respectfully asks the Court to stay this matter for sixty (60) days. Counsel for Plaintiff has seen and does not object to the filing of this Notice or the relief sought herein.

Dated: March 14, 2022                    Respectfully submitted,

                                                              VALIANT ACQUISITION CORP.
                                                              D/B/A GUARDIAN AUTO SHIELD,

                                                              By Counsel

                                                              /s/ *Carl Taylor Smith*
                                                             Carl Taylor Smith (FL Bar # 1003543)
                                                             Joseph P. Bowser (*Pro hac vice*)
                                                             ROTH JACKSON
                                                             1519 Summit Ave., Suite 102
                                                             Richmond, VA 23230
                                                             T: (804) 729-4440
                                                             T: (804) 441-8701
                                                             F: (804) 441-8438
                                                             Email: tsmith@rothjackson.com
                                                                          jbowser@rothjackson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2022, a copy of the foregoing document was served via this Court's Electronic Case Filing (ECF) system upon:

Seth M. Lehrman
Edwards Pottinger LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
seth@epplc.com

And

Joshua H. Eggnatz
Michael J. Pascucci
EGGNATZ | PASCUCCI
7450 Griffin Road, Suite 230
Davie, FL 33314
JEggnatz@JusticeEarned.com
MPascucci@JusticeEarned.com

/s/ *Carl Taylor Smith*
Carl Taylor Smith