# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JAMES WHITE, Individually and on behalf of all Others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALIANT ACQUISITION CORP. d/b/a GUARDIAN AUTO SHIELD,<br><br>Defendant. | Case No. 3:22-cv-135-HES-LLL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff James White ("White") and Defendant Valiant Acquisition Group d/b/a Guardian Auto Shield ("Valiant"), hereby stipulate that this action shall be dismissed, with prejudice to Plaintiff's individual claims and without prejudice to the claims of the putative class, with each side bearing their own fees and costs.

SO STIPULATED:

/s/ Carl Taylor Smith
Carl Taylor Smith (FBN 1003543)
Joseph P. Bowser (admitted *pro hac vice*)
ROTH JACKSON GIBBONS
CONDLIN, PLC
1519 Summit Ave., Suite 102
Richmond, VA 23230
Telephone (Smith): 804-729-4440

/s/ Seth M. Lehrman
Seth M. Lehrman (FBN 132896)
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822
E-mail: seth@epllc.com

| | |
|---|---|
| Telephone (Bowser): 804-441-8701<br>Facsimile: 804-441-8438<br>Email: tsmith@rothjackson.com<br>       jbowser@rothjackson.com<br><br>*Counsel for Defendant VALIANT ACQUISITION CORP. D/B/A GUARDIAN AUTO SHIELD* | Joshua H. Eggnatz, Esq. (FBN 0067926)<br>Michael J. Pascucci, Esq. (FBN 0083397)<br>EGGNATZ \| PASCUCCI<br>7450 Griffin Road, Suite 230<br>Davie, FL 33314<br>Telephone: 954-889-3359<br>Facsimile: 954-889-5913<br>E-mails: JEggnatz@JusticeEarned.com<br>        MPascucci@JusticeEarned.com<br>        SGizzie@justiceearned.com<br><br>*Counsel for Plaintiff JAMES WHITE* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of the Court by using the CM/ECF system on this 5th day of May 2022, and that a notice of the electronic filing will be transmitted to counsel of record.

/s/ Seth M. Lehrman
Seth M. Lehrman (FBN 132896)