UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES WHITE,
Individually and on behalf of all
Others similarly situated,

    Plaintiff,
v.                                  Case No. 3:22-cv-135-HES-LLL

VALIANT ACQUISITION CORP.
d/b/a GUARDIAN AUTO SHIELD,

    Defendant.
_____/

## ORDER

This matter is before this Court on a "Stipulation of Dismissal with Prejudice" (Dkt. 20).

Accordingly, it is **ORDERED**:

1. The "Stipulation of Dismissal with Prejudice" (Dkt. 20) is GRANTED; and this case is **DISMISSED with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class**, with each side bearing their own fees and costs; and

2. The Clerk is directed to terminate all pending motions and close this file.

DONE AND ENTERED at Jacksonville, Florida, this 11th day of May, 2022.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Seth Michael Lehrman, Esq.
Joshua Harris Eggnatz, I, Esq.
Michael James Pascucci, Esq.
Joseph Paul Bowser, Esq.
Carl Taylor Smith, Esq.